**ORIGINAL**

# United States Court of Federal Claims

June 26, 2015
No. 15-511 C

**DONNA M. BARBER,**

*Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

*Defendant.*

**FILED**

**JUN 2 6 2015**

U.S. COURT OF
FEDERAL CLAIMS

## ORDER WAIVING FILING FEE AND
## DISMISSING CASE *SUA SPONTE*

On May 18, 2015, plaintiff, proceeding *pro se*, filed a complaint seeking various forms of relief. Additionally, plaintiff has filed a motion to proceed *in forma pauperis*. In her complaint, plaintiff presents a variety allegations, which are difficult to comprehend. Plaintiff alleges, *inter alia*, that Pennsylvania state officials falsely imprisoned her, stole her identity, caused structural and foundation damages to her home, and engaged in other "mob actions." Although plaintiff names the United States General Services Administration as co-defendant, the court cannot identify any allegation that concerns any United States official.

This court's authority to hear cases is primarily defined by the Tucker Act, which grants this court subject matter jurisdiction over claims against the United States that are founded on a money-mandating source of law and do not sound in tort. 28 U.S.C. § 1491(a)(1). Upon *sua sponte* review, the court finds plaintiff's allegations do not give rise to any cause of action over which this court has subject-matter jurisdiction. The court has no authority to decide plaintiff's case, and therefore must dismiss the complaint pursuant to Rule 12(h)(3) of the Rules of the Court of Federal Claims ("RCFC").

In consideration of the above, the MOTION to proceed *in forma pauperis* is GRANTED Furthermore, plaintiff's CASE is DISMISSED, pursuant to RCFC 12(h)(3). The Clerk is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED**.

Lawrence J. Block
Judge